RECEIVED
IN LAKE CHARLES, LA

AUG 2 3 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RDS, INC. | : | **DOCKET NO. 2:03 CV 1786** |
| VS. | : | **JUDGE MINALDI** |
| GAB ROBINS NORTH AMERICA, INC. AND FIREMAN'S FUND INSURANCE COMPANY | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion for Summary Judgment, Alternatively a Motion for Partial Summary Judgment on Behalf of Fireman's Fund Insurance Company [doc. 21] and the Motion for Summary Judgment by GAB Robins North America, Inc. [doc. 23] ARE GRANTED and the plaintiff's claims ARE DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this 23 day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE